Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 16-24398 (JNP)**

Philip J. Finamore and Sheila A. Finamore  
20 Boothby Drive  
Mount Laurel, NJ  08054

Monthly Payment: $1,900.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/18/2016 | $1,900.00 | 09/26/2016 | $1,900.00 | 11/01/2016 | $1,900.00 | 11/28/2016 | $1,900.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PHILIP J. FINAMORE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $1,750.00 | $1,750.00 | $0.00 | $1,750.00 |
| 1 | BANK OF AMERICA, NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $18,889.01 | $361.88 | $18,527.13 | $241.73 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $10,336.23 | $198.03 | $10,138.20 | $132.28 |
| 4 | CHASE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $21,737.56 | $416.45 | $21,321.11 | $278.18 |
| 6 | MIDLAND FUNDING, LLC | 33 | $3,535.85 | $67.74 | $3,468.11 | $45.25 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $497.13 | $0.00 | $497.13 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $285.84 | $0.00 | $285.84 | $0.00 |
| 9 | CREDIT FIRST, N.A. | 33 | $1,666.17 | $21.32 | $1,644.85 | $21.32 |
| 10 | NAVIENT SOLUTIONS, INC. | 33 | $150,318.51 | $2,879.83 | $147,438.68 | $1,923.67 |
| 11 | DISCOVER BANK | 33 | $9,473.88 | $181.50 | $9,292.38 | $121.24 |
| 12 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $3,169.39 | $60.73 | $3,108.66 | $26.02 |
| 14 | LAW OFFICE OF ROBERT BRAVERMAN, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK, N.A. | 33 | $13,613.01 | $260.80 | $13,352.21 | $174.21 |
| 16 | PNC BANK, N.A. | 24 | $80,573.63 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,582.39 | $49.48 | $2,532.91 | $33.05 |
| 18 | MIDLAND FUNDING, LLC | 33 | $238.82 | $0.00 | $238.82 | $0.00 |
| 19 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,679.02 | $51.32 | $2,627.70 | $34.28 |
| 23 | TD BANK USA, N.A. | 33 | $3,667.32 | $70.26 | $3,597.06 | $46.93 |
| 24 | TD BANK USA, N.A. | 33 | $996.54 | $19.10 | $977.44 | $0.00 |
| 25 | TD BANK, N.A. | 33 | $7,499.36 | $143.67 | $7,355.69 | $95.97 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,501.16 | $67.07 | $3,434.09 | $44.80 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,085.43 | $97.43 | $4,988.00 | $65.08 |
| 28 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 29 | SHEILA A. FINAMORE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE, N.A. | 33 | $1,043.28 | $20.00 | $1,023.28 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,385.61 | $141.50 | $7,244.11 | $94.52 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,617.34 | $50.15 | $2,567.19 | $33.50 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,580.91 | $87.77 | $4,493.14 | $58.63 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2016 | 60.00 | $1,900.00 |
| 08/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,600.00 |
| Total paid to creditors this period: | $5,220.66 |
| Undistributed Funds on Hand: | $1,781.97 |
| Arrearages: | $1,900.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**