UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert N. Braverman, Esquire (RB4093)
Law Office of Robert Braverman, LLC
1060 N. Kings Hwy., Suite #333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtors

| | |
|---|---|
| In Re: | Case No.: 16-24398 |
| PHILIP J. & SHEILA A. FINAMORE, | Judge: JNP |
| Debtors. | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by _____PNC Bank, N.A._____, creditor,

    A hearing has been scheduled for _____March 14, 2017_____, at __10:00 am__.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____5,901.77_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: February 22, 2017         /s/ Philip J. Finamore
                                Debtor's Signature

Date: February 22, 2017         /s/ Sheila A. Finamore
                                Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev. 8/1/15*

**PNC** *Online Banking*

Mortgage XXX7265
**Current Principal Balance: $77,147.09**
**Next Payment Due: $1,950.38**
**Payment Due Date: 03/01/2017**

## Summary

| | |
|---|---|
| Current Principal Balance: | $77,147.09 |
| Current Interest Rate: | 4.625% |
| Last Payment: | $0.00 on 02/22/2017 |
| Next Payment Due*: | $1,950.38 on 03/01/2017 |
| Principal & Interest: | $1,234.24 |
| Homeowner's Insurance(s): | $97.83 |
| Tax(s): | $0.00 |
| Outstanding Fees | |
| Other Fees: | $60.00 |

## Escrow

| | |
|---|---|
| Last Escrow Analysis Date: | 09/14/2016 |
| Current Escrow Account Balance: | $1,543.45 |
| Current Escrow Payment: | $716.14 |
| Projected Escrow Payment: | $0.00 |
| | (Eff. 09/01/2016) |
| Homeowners Insurance Company: | 99904 |
| Homeowners Insurance Policy Number: | XXXXXXXXXX1173 |
| Homeowners Insurance Policy Expiration Date: | 08/04/2017 |

## Account Summary

| | |
|---|---|
| Loan Origination Date: | 05/05/2009 |
| Original Loan Amount: | $160,000.00 |
| Maturity Date: | 06/01/2024 |
| Year to Date Totals | |
| Principal Paid: | $3,711.78 |
| Interest Paid: | $1,225.18 |
| Property Taxes Paid: | $1,854.94 |
| Hazard Insurance Paid: | $0.00 |
| Mortgage Insurance Premium Paid: | $0.00 |

## Additional Information

| | |
|---|---|
| Nickname: | None |
| Property Address: | 20 BOOTHBY DR MOUNT LAUREL, NJ 08054-0000 |

| | |
|---|---|
| Homeowners Insurance Annual Premium: | $1,174.00 |
| City Tax Payee: | null |
| City Tax ID: | XXXXXXXXXXXXX0000 |
| City First Installment Due: | 04/01/2017 |
| City Second Installment Due: | 07/01/2017 |

## Taxes & Interest

| | |
|---|---|
| Property Taxes Paid YTD: | $1,854.94 |
| Property Taxes Paid Last Year: | |
| Interest Paid YTD: | $1,225.18 |
| Interest Paid Last Year: | $3,316.54 |

## Payment Details

Show 10 entries                                            Search

| Date | Description | Amount | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/22/2017 | PAYMENT APPLIED | - | $933.31 | $300.93 | $716.14 | - |
| 02/22/2017 | PAYMENT APPLIED | - | $929.72 | $304.52 | $716.14 | - |
| 02/22/2017 | ESCROW ADVANCE REFUND | - | - | - | -$604.97 | - |
| 02/22/2017 | PAYMENT APPLIED | - | $926.15 | $308.09 | $716.14 | - |
| | | | | | | $5,851.14 |
| 02/21/2017 | PAYMENT APPLIED | $5,901.77 | - | - | - | $5,901.77 |
| 01/25/2017 | ESCROW ADVANCE REFUND | - | - | - | -$716.14 | - |
| 01/25/2017 | PAYMENT APPLIED | - | $922.60 | $311.64 | $716.14 | - |
| | | | | | | $1,950.38 |
| 01/24/2017 | PAYMENT APPLIED | $1,950.38 | - | - | - | $1,950.38 |
| 01/19/2017 | ESCROW ADVANCE | $1,321.11 | - | - | $1,321.11 | - |
| 01/19/2017 | CITY TAX DISBURSEMENT | -$1,854.94 | - | - | $1,854.94 | - |
| 11/16/2016 | ESCROW ADVANCE REFUND | - | - | - | -$182.31 | - |
| 11/16/2016 | PAYMENT APPLIED | - | $919.05 | $315.19 | $716.14 | - |

| Date | Description | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|
| | | | | | | $1,950.38 |
| 11/15/2016 | PAYMENT APPLIED | $1,950.38 | - | - | - | $1,950.38 |
| 10/18/2016 | ESCROW ADVANCE | $182.31 | - | - | $182.31 | - |
| 10/18/2016 | CITY TAX DISBURSEMENT | -$1,876.55 | - | - | $1,876.55 | - |
| 10/11/2016 | RETURNED CHECK | - | -$919.05 | -$315.19 | -$716.14 | -$9.41 |
| 10/03/2016 | PAYMENT APPLIED | $1,959.79 | $919.05 | $315.19 | $716.14 | $9.41 |
| 09/30/2016 | PAYMENT APPLIED | - | $915.53 | $318.71 | $716.14 | $1,950.38 |
| 09/08/2016 | PAYMENT APPLIED | $1,959.75 | - | - | - | $1,959.75 |
| 08/09/2016 | CITY TAX DISBURSEMENT | -$1,876.56 | - | - | $1,876.56 | - |
| 08/01/2016 | HOMEOWNERS INSURANCE DISBURSEMENT | -$1,182.00 | - | - | $1,182.00 | - |
| 08/01/2016 | PRINCIPAL REDUCTION | - | $0.05 | - | - | -$0.05 |
| 08/01/2016 | PAYMENT APPLIED | - | $912.01 | $322.23 | $725.51 | $1,959.75 |
| 07/29/2016 | PAYMENT APPLIED | $1,959.80 | - | - | - | $1,959.80 |
| 07/01/2016 | PRINCIPAL REDUCTION | $0.04 | $0.04 | - | - | - |
| 07/01/2016 | PAYMENT APPLIED | $1,959.75 | $908.51 | $325.73 | $725.51 | - |
| 06/01/2016 | PRINCIPAL REDUCTION | $0.04 | $0.04 | - | - | - |
| 06/01/2016 | PAYMENT APPLIED | $1,959.75 | $905.02 | $329.22 | $725.51 | - |
| 05/02/2016 | PRINCIPAL REDUCTION | $0.04 | $0.04 | - | - | - |
| 05/02/2016 | PAYMENT APPLIED | $1,959.75 | $901.55 | $332.69 | $725.51 | - |
| 04/19/2016 | CITY TAX DISBURSEMENT | -$1,833.31 | - | - | $1,833.31 | - |
| 04/01/2016 | PRINCIPAL REDUCTION | $0.03 | $0.03 | - | - | - |
| 04/01/2016 | PAYMENT APPLIED | $1,959.75 | $898.08 | $336.16 | $725.51 | - |
| 03/03/2016 | PRINCIPAL REDUCTION | $0.04 | $0.04 | - | - | - |
| 03/03/2016 | PAYMENT APPLIED | $1,959.75 | $894.64 | $339.60 | $725.51 | - |
| 02/04/2016 | PRINCIPAL REDUCTION | $979.94 | $979.94 | - | - | - |
| 02/04/2016 | PAYMENT APPLIED | $1,959.75 | $887.44 | $346.80 | $725.51 | - |
| 01/26/2016 | HOMEOWNERS INSURANCE | -$1,163.00 | - | - | $1,163.00 | - |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | DISBURSEMENT | | | | |
| 01/20/2016 | CITY TAX DISBURSEMENT | -$1,833.31 | - | - | $1,833.31 |
| 01/04/2016 | PRINCIPAL REDUCTION | $0.04 | $0.04 | - | - |

< prev  next >

© Copyright 2017. The PNC Financial Services Group, Inc. All Rights Reserved.
Need Help? Call us at 1-888-PNC-BANK (762-2265)