UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Philip J. Finamore & Sheila A. Finamore,

Debtors.

Case No.:      16-24398-JNP

Chapter:              13

Hearing Date:      3/14/2017

Judge:              Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 20 Boothby Drive, Mount Laurel, NJ 08054

 (#19 on the docket)

Date: 3/6/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*