UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert N. Braverman, Esquire (RB4093)
Law Office of Robert Braverman, LLC
1060 N. Kings Hwy., Suite #333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtors

Order Filed on November 3,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Philip J. Finamore and Sheila A. Finamore,
Debtors

Case No.: 16-24398

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: November 3, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Braverman_____, the applicant, is allowed a fee of $ ____400.00____ for services rendered and expenses in the amount of $____0____ for a total of $____400.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1910.00____ per month for ____45____ months to allow for payment of the above fee.

*rev.8/1/15*