Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 16-24398 (JNP)**

Philip J. Finamore and Sheila A. Finamore  
20 Boothby Drive  
Mount Laurel, NJ  08054

Monthly Payment: $1,910.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2017 | $1,900.00 | 02/01/2017 | $1,900.00 | 03/01/2017 | $1,900.00 | 03/06/2017 | $-1,900.00 |
| 03/15/2017 | $1,900.00 | 04/10/2017 | $1,900.00 | 05/04/2017 | $1,900.00 | 06/07/2017 | $1,900.00 |
| 07/06/2017 | $1,900.00 | 08/09/2017 | $1,900.00 | 09/12/2017 | $1,900.00 | 10/11/2017 | $1,900.00 |
| 11/21/2017 | $1,900.00 | 12/07/2017 | $1,910.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PHILIP J. FINAMORE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $1,750.00 | $1,750.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $18,889.01 | $1,740.49 | $17,148.52 | $1,285.25 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $10,336.23 | $952.41 | $9,383.82 | $703.30 |
| 4 | CHASE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $21,737.56 | $2,002.96 | $19,734.60 | $1,479.08 |
| 6 | MIDLAND FUNDING, LLC | 33 | $3,535.85 | $325.80 | $3,210.05 | $240.59 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $497.13 | $45.81 | $451.32 | $40.19 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $285.84 | $26.34 | $259.50 | $23.11 |
| 9 | CREDIT FIRST, N.A. | 33 | $1,666.17 | $153.53 | $1,512.64 | $113.37 |
| 10 | NAVIENT SOLUTIONS, INC. | 33 | $150,318.51 | $13,850.74 | $136,467.77 | $10,228.05 |
| 11 | DISCOVER BANK | 33 | $9,473.88 | $872.95 | $8,600.93 | $644.63 |
| 12 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $3,169.39 | $292.04 | $2,877.35 | $230.19 |
| 14 | LAW OFFICE OF ROBERT BRAVERMAN, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK, N.A. | 33 | $13,613.01 | $1,254.34 | $12,358.67 | $926.26 |
| 16 | PNC BANK, N.A. | 24 | $80,573.63 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,582.39 | $237.95 | $2,344.44 | $175.71 |
| 18 | MIDLAND FUNDING, LLC | 33 | $238.82 | $22.00 | $216.82 | $19.31 |
| 19 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,679.02 | $246.86 | $2,432.16 | $182.29 |
| 23 | TD BANK USA, N.A. | 33 | $3,667.32 | $337.92 | $3,329.40 | $249.54 |
| 24 | TD BANK USA, N.A. | 33 | $996.54 | $91.82 | $904.72 | $80.56 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | TD BANK, N.A. | 33 | $7,499.36 | $691.01 | $6,808.35 | $510.28 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,501.16 | $322.60 | $3,178.56 | $238.23 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,085.43 | $468.59 | $4,616.84 | $346.02 |
| 28 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SHEILA A. FINAMORE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE, N.A. | 33 | $1,043.28 | $96.13 | $947.15 | $84.33 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,385.61 | $680.53 | $6,705.08 | $502.53 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,617.34 | $241.17 | $2,376.17 | $178.09 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,580.91 | $422.09 | $4,158.82 | $311.69 |
| 34 | PNC BANK, N.A. | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 35 | PHEAA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2016 | 15.00 | $1,900.00 |
| 11/01/2017 | 45.00 | $1,910.00 |
| 08/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $22,810.00 |
| Total paid to creditors this period: | $19,323.60 |
| Undistributed Funds on Hand: | $1,761.02 |
| Arrearages: | $1,910.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**