**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period of 01/01/2018 to 12/31/2018
**Case Number: 16-24398 (JNP)**

Philip J. Finamore and Sheila A. Finamore
20 Boothby Drive
Mount Laurel, NJ  08054

Monthly Payment: $1,910.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2018 | $1,910.00 | 02/14/2018 | $1,910.00 | 03/14/2018 | $1,910.00 | 04/11/2018 | $1,910.00 |
| 05/15/2018 | $1,910.00 | 06/12/2018 | $1,910.00 | 07/10/2018 | $1,910.00 | 08/08/2018 | $1,910.00 |
| 09/06/2018 | $1,910.00 | 10/09/2018 | $1,910.00 | 11/08/2018 | $1,910.00 | 12/06/2018 | $1,910.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PHILIP J. FINAMORE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $1,750.00 | $1,750.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | BANK OF AMERICA, NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $18,889.01 | $3,308.58 | $15,580.43 | $1,541.09 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $10,336.23 | $1,810.49 | $8,525.74 | $843.29 |
| 4 | CHASE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $21,737.56 | $3,807.54 | $17,930.02 | $1,773.48 |
| 6 | MIDLAND FUNDING, LLC | 33 | $3,535.85 | $619.34 | $2,916.51 | $288.48 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $497.13 | $87.08 | $410.05 | $40.55 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $285.84 | $50.07 | $235.77 | $23.31 |
| 9 | CREDIT FIRST, N.A. | 33 | $1,666.17 | $291.85 | $1,374.32 | $135.94 |
| 10 | NAVIENT SOLUTIONS, INC. | 33 | $150,318.51 | $26,329.68 | $123,988.83 | $12,263.89 |
| 11 | DISCOVER BANK | 33 | $9,473.88 | $1,659.44 | $7,814.44 | $772.93 |
| 12 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $3,169.39 | $555.15 | $2,614.24 | $258.58 |
| 14 | LAW OFFICE OF ROBERT BRAVERMAN, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK, N.A. | 33 | $13,613.01 | $2,384.45 | $11,228.56 | $1,110.64 |
| 16 | PNC BANK, N.A. | 24 | $80,573.63 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,582.39 | $452.33 | $2,130.06 | $210.69 |
| 18 | MIDLAND FUNDING, LLC | 33 | $238.82 | $41.83 | $196.99 | $19.49 |
| 19 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,679.02 | $469.26 | $2,209.76 | $218.57 |
| 23 | TD BANK USA, N.A. | 33 | $3,667.32 | $642.36 | $3,024.96 | $299.20 |
| 24 | TD BANK USA, N.A. | 33 | $996.54 | $174.56 | $821.98 | $81.30 |
| 25 | TD BANK, N.A. | 33 | $7,499.36 | $1,313.58 | $6,185.78 | $611.84 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,501.16 | $613.26 | $2,887.90 | $285.65 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,085.43 | $890.76 | $4,194.67 | $414.90 |
| 28 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SHEILA A. FINAMORE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE, N.A. | 33 | $1,043.28 | $182.74 | $860.54 | $85.13 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,385.61 | $1,293.66 | $6,091.95 | $602.57 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,617.34 | $458.45 | $2,158.89 | $213.53 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,580.91 | $802.39 | $3,778.52 | $373.74 |
| 34 | PNC BANK, N.A. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 35 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2016 | 15.00 | $1,900.00 |
| 11/01/2017 | 45.00 | $1,910.00 |
| 08/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $22,920.00 |
| Total paid to creditors this period: | $22,868.79 |
| Undistributed Funds on Hand: | $1,753.38 |
| Arrearages: | $1,910.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**