Printed on: 01/02/2020
ISABEL C. BALBOA [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2019 to 12/31/2019

**Case Number: 16-24398 (JNP)**

Monthly Payment: $1,910.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

Philip J. Finamore and Sheila A. Finamore
20 Boothby Drive
Mount Laurel, NJ 08054

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2019 | $1,910.00 | 02/07/2019 | $1,910.00 | 03/11/2019 | $1,910.00 | 04/09/2019 | $1,910.00 |
| 05/09/2019 | $1,910.00 | 06/05/2019 | $1,910.00 | 07/09/2019 | $1,910.00 | 08/07/2019 | $1,910.00 |
| 09/12/2019 | $1,910.00 | 10/01/2019 | $3,820.00 | 11/12/2019 | $1,910.00 | 12/10/2019 | $1,910.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PHILIP J. FINAMORE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $1,750.00 | $1,750.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $18,889.01 | $4,753.81 | $14,135.20 | $1,564.95 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $10,336.23 | $2,601.32 | $7,734.91 | $856.36 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $21,737.56 | $5,470.71 | $16,266.85 | $1,800.96 |
| 6 | MIDLAND FUNDING, LLC | 33 | $3,535.85 | $889.87 | $2,645.98 | $292.94 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $497.13 | $125.11 | $372.02 | $41.19 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $285.84 | $71.93 | $213.91 | $23.69 |
| 9 | CREDIT FIRST, N.A. | 33 | $1,666.17 | $419.32 | $1,246.85 | $138.04 |
| 10 | NAVIENT SOLUTIONS, LLC | 33 | $150,318.51 | $37,830.73 | $112,487.78 | $12,453.94 |
| 11 | DISCOVER BANK | 33 | $9,473.88 | $2,384.30 | $7,089.58 | $784.91 |
| 12 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $3,169.39 | $797.64 | $2,371.75 | $262.59 |
| 14 | LAW OFFICE OF ROBERT BRAVERMAN, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK, N.A. | 33 | $13,613.01 | $3,426.00 | $10,187.01 | $1,127.83 |
| 16 | PNC BANK, N.A. | 24 | $80,573.63 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,582.39 | $649.91 | $1,932.48 | $213.95 |
| 18 | MIDLAND FUNDING, LLC | 33 | $238.82 | $60.10 | $178.72 | $19.78 |
| 19 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,679.02 | $674.23 | $2,004.79 | $221.96 |
| 23 | TD BANK USA, N.A. | 33 | $3,667.32 | $922.96 | $2,744.36 | $303.84 |
| 24 | TD BANK USA, N.A. | 33 | $996.54 | $250.80 | $745.74 | $82.56 |
| 25 | TD BANK, N.A. | 33 | $7,499.36 | $1,887.37 | $5,611.99 | $621.32 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,501.16 | $881.14 | $2,620.02 | $290.07 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,085.43 | $1,279.86 | $3,805.57 | $421.33 |
| 28 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SHEILA A. FINAMORE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE, N.A. | 33 | $1,043.28 | $262.57 | $780.71 | $86.43 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,385.61 | $1,858.74 | $5,526.87 | $611.90 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,617.34 | $658.71 | $1,958.63 | $216.85 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,580.91 | $1,152.88 | $3,428.03 | $379.53 |
| 34 | PNC BANK, N.A. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 35 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2016 | 15.00 | $1,900.00 |
| 11/01/2017 | 45.00 | $1,910.00 |
| 08/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $24,830.00 |
| Total paid to creditors this period: | $22,816.92 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,910.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**