**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Philip J. Finamore | Social Security number or ITIN  xxx–xx–7594 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sheila A. Finamore | Social Security number or ITIN  xxx–xx–3576 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–24398–JNP | |

# Order of Discharge                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Philip J. Finamore                                        Sheila A. Finamore

<u>10/6/21</u>                                                  **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-24398-JNP |
| Philip J. Finamore | Chapter 13 |
| Sheila A. Finamore | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip J. Finamore, Sheila A. Finamore, 20 Boothby Drive, Mount Laurel, NJ 08054-1923 |
| 516496582 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516308864 | + | Bank of America, NA, c/o Frederic I. Weinberg, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 516308866 | + | Capital One Bank (USA), NA, c/o Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 516308868 | + | Citi AT&T Universal, c/o Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 517237168 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 516308878 | | PNC Bank, Attn: Bankruptcy Department, P.O. Box 489909, Charlotte, NC 28269-5329 |
| 516308884 | | Synchrony Bank - JC Penney, c/o FMS Inc., P.O. Box 707600, Tulsa, OK 74170-7600 |
| 516308885 | | Synchrony Bank-Walmart, c/o Monarch Recovery Management, P.O. Box 21089, Philadelphia, PA 19114-0589 |
| 516308887 | + | TD Bank USA, NA assignee of Target, c/o Lyons Doughty Veldhuis, Attn: Craig Lyons, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 516494941 | + | TD Bank, N.A., Michael E. Blaine, Esquire, 30 Montgomery Street Suite 1205, Jersey City, NJ 07302-3835 |
| 516308889 | + | TD Bank, NA, c/o NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516308865 | | EDI: BANKAMER.COM | Oct 07 2021 00:23:00 | Bank of America, NA, P.O. Box 982238, El Paso, TX 79998 |
| 516341644 | | EDI: CAPITALONE.COM | Oct 07 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516443518 | | EDI: BL-BECKET.COM | Oct 07 2021 00:23:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516308869 | + | EDI: CITICORP.COM | Oct 07 2021 00:23:00 | CitiBank (CBNA), P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 516308870 | | EDI: WFNNB.COM | Oct 07 2021 00:23:00 | Comenity Bank (Boscovs), Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 516308871 | | EDI: ARSN.COM | Oct 07 2021 00:23:00 | Comenity Bank/Mandee, c/o ARS National Services, P.O. Box 469046, Escondido, CA 92046-9046 |
| 516368411 | + | EDI: CRFRSTNA.COM | Oct 07 2021 00:23:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |

Case 16-24398-JNP   Doc 44   Filed 10/08/21   Entered 10/09/21 00:14:06   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516308872 | + | EDI: CRFRSTNA.COM | Oct 07 2021 00:23:00 | Credit First NA/Firestone, 6275 Eastland Road, Brook Park, OH 44142-1399 |
| 516308874 | | EDI: DISCOVER.COM | Oct 07 2021 00:23:00 | Discover, P.O. Box 3008, New Albany, OH 43054-3008 |
| 516308873 | + | EDI: NAVIENTFKASMDOE.COM | Oct 07 2021 00:23:00 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 516321069 | | EDI: DISCOVER.COM | Oct 07 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517680875 | | EDI: ECMC.COM | Oct 07 2021 00:23:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 517680876 | | EDI: ECMC.COM | Oct 07 2021 00:23:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 519277840 | + | EDI: AISACG.COM | Oct 07 2021 00:23:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516504691 | + | EDI: HY11.COM | Oct 07 2021 00:23:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516308875 | | EDI: HY11.COM | Oct 07 2021 00:23:00 | Hyundai Motor Finance, P.O. Box 650805, Dallas, TX 75265-0805 |
| 516308867 | | EDI: JPMORGANCHASE | Oct 07 2021 00:23:00 | Chase Bank USA NA, P.O. Box 15298, Wilmington, DE 19850 |
| 516308876 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 06 2021 20:21:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516451007 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 20:25:05 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516432038 | + | EDI: MID8.COM | Oct 07 2021 00:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516464240 | | EDI: NAVIENTFKASMSERV.COM | Oct 07 2021 00:23:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 516460186 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2021 20:21:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND,OHIO 44101-0570 |
| 516516441 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2021 20:21:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 516308880 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2021 20:21:00 | PNC Mortgage, Attn: Phil Cunningham, Exec VP of Mortg, 3232 Nemark Drive, Bldg 7, Miamisburg, OH 45342-5421 |
| 516308879 | | Email/Text: BKRMailOps@weltman.com | Oct 06 2021 20:21:00 | PNC Bank, NA, c/o Welman, Weinberg & Reis Co., LPA, 323 W. Lakeside Avenue, Suite 200, Cleveland, OH 44113-1009 |
| 516511178 | | EDI: PRA.COM | Oct 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 516514764 | | EDI: PRA.COM | Oct 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516515917 | | EDI: PRA.COM | Oct 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516511168 | | EDI: PRA.COM | Oct 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516511175 | | EDI: PRA.COM | | |

Case 16-24398-JNP  Doc 44  Filed 10/08/21  Entered 10/09/21 00:14:06  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 516381199 | | EDI: Q3G.COM | Oct 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516420005 | | EDI: Q3G.COM | Oct 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516308881 | | EDI: CITICORP.COM | Oct 07 2021 00:23:00 | Sears/CBNA, P.O.Box 6282, Sioux Falls, SD 57117-6282 |
| 516327340 | | EDI: RMSC.COM | Oct 07 2021 00:23:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516308882 | | EDI: RMSC.COM | Oct 07 2021 00:23:00 | Synchrony Bank - Bankruptcy (JC Penney), Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 516308883 | | EDI: RMSC.COM | Oct 07 2021 00:23:00 | Synchrony Bank - Bankruptcy (Walmart), Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 516308886 | + | EDI: PRA.COM | Oct 07 2021 00:23:00 | Synchrony Bank/TJ Maxx, c/o Portfolio Recovery Assoc, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502-4952 |
| 516513713 | + | Email/Text: bncmail@w-legal.com | Oct 06 2021 20:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516308888 | + | EDI: WTRRNBANK.COM | Oct 07 2021 00:23:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 516308890 | | EDI: CITICORP.COM | Oct 07 2021 00:23:00 | The Home Depot / CB, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516308877 | ##+ | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite 333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 54 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Robert Braverman | on behalf of Joint Debtor Sheila A. Finamore rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert Braverman | on behalf of Debtor Philip J. Finamore rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |

TOTAL: 6