Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 16–24398–JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Philip J. Finamore | Sheila A. Finamore |
| 20 Boothby Drive | 20 Boothby Drive |
| Mount Laurel, NJ 08054 | Mount Laurel, NJ 08054 |

Social Security No.:
  xxx–xx–7594                                   xxx–xx–3576

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 16, 2021</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                                  Judge, United States Bankruptcy Court